McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. OVERTON,<br><br>Defendant. | Case No. 1:19-po-00213-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice, without prejudice.

DATED: August 5, 2020
　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ William B. Taylor
　　　　　　　　　　　　　　　　　　　　WILLIAM B. TAYLOR
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that:

1. This case is dismissed in the interest of justice without prejudice.

2. All pending dates and matters are vacated.

IT IS SO ORDERED.

Dated:  **August 5, 2020**

UNITED STATES MAGISTRATE JUDGE